IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **K.K.**, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:18-CV-1547-L** |
| | § | |
| **TYLER SCOTT MCPHILLIPS and** | § | |
| **RANDALL KEITH MCPHILLIPS,** | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the court is **Defendant Tyler Scott McPhillips' Motion to Stay Pending Resolution of Parallel Criminal Proceedings** (Doc. 7), filed June 22, 2018. The court **denies without prejudice** the motion for failure to comply with Local Rule 7.1(h).

**It is so ordered** this 25th day of June, 2018.

Sam A. Lindsay
United States District Judge

Order – Solo Page