IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| K.K., | § | |
| | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:18-cv-1547 |
| | § | |
| TYLER SCOTT McPHILLIPS and | § | |
| RANDALL KEITH McPHILLIPS, | § | |
| | § | |
|    Defendants. | § | |

### DEFENDANT TYLER SCOTT McPHILLIPS' JURY DEMAND

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Defendant Tyler Scott McPhillips demands a trial by jury in the above-captioned action of all issues so triable.

Dated:  June 28, 2018                                 Respectfully submitted,

                                                        /s/A. Shonn Brown
                                                        A. Shonn Brown
                                                        State Bar No. 24007164
                                                        sbrown@lynnllp.com
                                                        Jared D. Eisenberg
                                                        State Bar No. 24092382
                                                        jeisenberg@lynnllp.com
                                                        **LYNN PINKER COX & HURST, LLP**
                                                        2100 Ross Avenue, Suite 2700
                                                        Dallas, Texas 75201
                                                        (214) 981-3800 Telephone
                                                        (214) 981-3839 Facsimile

                                                        and

>Andrew T. Miltenberg
>Nesenoff & Miltenberg, LLP
>363 Seventh Avenue, Fifth Floor
>New York, NY 10001
>amiltenberg@nmllplaw.com
>
>**ATTORNEYS FOR DEFENDANT**
>**TYLER SCOTT McPHILLIPS**

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing document was served this June 28, 2018, on all counsel of record via e-file.

>*/s/Jared D. Eisenberg*
>Jared D. Eisenberg