IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| K.K., | § | |
| | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:18-cv-1547 |
| | § | |
| TYLER SCOTT McPHILLIPS, and | § | |
| RANDALL KEITH McPHILLIPS, | § | |
| | § | |
|     Defendants. | § | |

**APPENDIX IN SUPPORT OF DEFENDANT TYLER SCOTT McPHILLIPS'
RESPONSE TO PLAINTIFF'S MOTION TO REMAND AND
WITHDRAWAL OF NOTICE OF REMOVAL**

1. Officer's Return of Service for Cause No. DC-18-04893 *K.K. vs. Tyler Scott McPhillips*, *et al.*, Pending in the 116th Judicial District, Dallas, Texas................... APP. 1

4. Email Correspondence between Brian Butcher and Jared Eisenberg (06/28/18)........................................................................................................APP. 2-4

APPENDIX IN SUPPORT OF DEFENDANT TYLER SCOTT McPHILLIPS' RESPONSE TO PLAINTIFF'S MOTION TO REMAND AND WITHDRAWAL OF NOTICE OF REMOVAL

PAGE 1

Dated: June 29, 2018          Respectfully submitted,

         */s/A. Shonn Brown*
         A. Shonn Brown
         State Bar No. 24007164
         sbrown@lynnllp.com
         Jared D. Eisenberg
         State Bar No. 24092382
         jeisenberg@lynnllp.com
         **LYNN PINKER COX & HURST, LLP**
         2100 Ross Avenue, Suite 2700
         Dallas, Texas 75201
         (214) 981-3800 Telephone
         (214) 981-3839 Facsimile

         and

         Andrew T. Miltenberg
         Nesenoff & Miltenberg, LLP
         363 Seventh Avenue, Fifth Floor
         New York, NY 10001
         amiltenberg@nmllplaw.com

         **ATTORNEYS FOR DEFENDANT**
         **TYLER SCOTT McPHILLIPS**

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that a true and correct copy of the foregoing document was served this June 29, 2018, on all counsel of record *via e-file*.

         */s/Jared D. Eisenberg*
         Jared D. Eisenberg

FILED
DALLAS COUNTY
5/23/2018 3:19 PM
FELICIA PITRE
DISTRICT CLERK

Kari Malone

## OFFICER'S RETURN

Case No. : DC-18-04893

Court No. 116th District Court

Style: K. K.

vs.

Tyler Scott McPhillips, et al

Came to hand on the __15th.__ day of __MAY__, 20__18__, at __12:09__ o'clock __P__.M. Executed at __Irvine, CA__, within the County of __Orange__ at __7:45__ o'clock __P__.M. on the __24th.__ day of __April__, 20__18__, by delivering to the within named

__TYLER SCOTT MCPHILLIPS__

__32466 CROWN VALLEY PARKWAY, APT# 312, DANA POINT, CA 92629__

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by me in serving such process was __12__ miles and my fees are as follows: To certify which witness my hand.

| | | | |
|---|---|---|---|
| For serving Citation | $ 65.00 | | |
| For mileage | $ 0.00 | of __ORANGE__ County, __CALIFORNIA__ | |
| For Notary | $ 0.00 | By __RICHARD STEIBER__ | Deputy |

(Must be verified if served outside the State of Texas.)

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

Richard Steiber, Process Server
Orange County California PSC# 1852
Cal Process Servers
14271 Jeffrey Road, Suite 308
Irvine, CA 92620
(949) 295-8028

State of California County of __ORANGE__
Subscribed and Sworn to (or affirmed) before me on this __16th__ day of __MAY__, 20__18__, by __RICHARD STEIBER__ proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature _____ (SEAL)

D. J. LEE
Commission No. 2118926
NOTARY PUBLIC-CALIFORNIA
ORANGE COUNTY
My Comm. Expires JULY 10, 2019

APP. 1

APP. 2

**From:** Brian W. Butcher [mailto:Butcher@NOTEBOOM.com]
**Sent:** Thursday, June 28, 2018 4:21 PM
**To:** Jared Eisenberg <JEisenberg@lynnllp.com>
**Cc:** Glenda M. Joyner <joyner@noteboom.com>
**Subject:** FW: Status on (MCPHILLIPS, TYLER SCOTT)

Jared:

My understanding is that the process server inadvertently stated in the return that he received the citation to serve on May 15 instead of the correct date of the correct date of April 15.  The process server told Glenda that he told you this when you called him and that he also made it clear that the return is correct where it states that service was executed on April 24.  He obviously could not have served it before he received it.  Attached are the process server's notes that you requested to clarify this matter.  If you have evidence that you intend to present to the Court proving a service date in May, please let me know what it is.  We spoke with the process server shortly after McPhillips was served.  That is how we are certain, independent of the return and the process server's notes, that McPhillips was served on April 24.

**Brian W. Butcher**
Board Certified—Personal Injury Trial Law
Texas Board of Legal Specialization
THE NOTEBOOM LAW FIRM
669 Airport Freeway, Suite 100
Hurst, Texas 76053
817-282-9700
817-282-8073 (fax)

1

butcher@noteboom.com

APP. 3

**From:** Glenda M. Joyner
**Sent:** Thursday, June 28, 2018 2:59 PM
**To:** Brian W. Butcher
**Subject:** FW: Status on (MCPHILLIPS, TYLER SCOTT)


Glenda Joyner
Legal Assistant to Brian W. Butcher

NOTEBOOM – THE LAW FIRM
669 Airport Freeway, Suite 100
Hurst, Texas 76053
(817) 282-9700
Fax: (817) 282-8073

This e-mail (including any attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521. This transmission may be: (1) subject to the attorney-client privilege; (2) an attorney work product; or (3) strictly confidential. If you are not the intended recipient of this message, you may not disclose, print, copy or disseminate this information.
If you have received this email in error, please reply and notify the sender (only) and delete the message. Unauthorized interception of this email is a violation of federal criminal law.


**From:** Richard Steiber [mailto:Richard@calprocess.com]
**Sent:** Wednesday, May 23, 2018 10:20 AM
**To:** Glenda M. Joyner
**Subject:** Status on (MCPHILLIPS, TYLER SCOTT)


To:  Glenda Joyner
   NOTEBOOM- THE LAW FIRM

This message is in regard to:
   Our Job Number:  2018000643
   Your Reference Number:
   **Party To Be Served:  MCPHILLIPS, TYLER SCOTT**
   Case Info:  Case Number: DC-18-04893  County: Dallas  State: Texas  Court: County
   Caption:  K.K. vs. TYLER SCOTT McPHILLIPS an

Documents:  CITATION; PLAINTIFF'S ORIGINAL PETITION AND REQUESTS FOR WRITTEN DISCOVERY; EXHIBIT A

Service Date and Time:  4/24/2018  7:45 pm
Type of Service:  PERSONAL SERVICE

2

**Comments regarding this job:**

**4/24/2018   7:45 PM  Personal service obtained on the defendant. He accepted service then abruptly slammed the door.**

**5/23/2018   4:45 PM  Original proof of service mailed. A copy is attached to this message.**

The service is now completed. Please call or email with any questions that you may have.
Thank you,
Richard

Richard Steiber
**CAL PROCESS SERVERS**
14271 Jeffrey Road, Suite 308
Irvine, CA 92620

**Orange County PSC# 1852**
Phone (949) 295-8028
Fax (949) 272-3760
Email: Richard@calprocess.com
Website: www.calprocess.com

3

APP. 4