IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **K.K.,** § | |
| § | |
| Plaintiff, § | |
| v. § | |
| § | Civil Action No. **3:18-CV-1547-L** |
| **TYLER SCOTT McPHILLIPS and** § | |
| **RANDALL KEITH McPHILLIPS,**[*] § | |
| § | |
| Defendants. § | |

### **ORDER**

Before the court is Plaintiff's Motion to Remand (Doc. 11), filed June 26, 2018; and Defendant Tyler Scott McPhillips' Motion to Stay Pending Resolution of Parallel Criminal Proceedings (Doc. 10), filed June 25, 2018. In response to Plaintiff's Motion to Remand, Defendant Tyler Scott McPhillips indicates that he is not opposed to a remand of this case. Accordingly, the court **grants** Plaintiff's Motion to Remand (Doc. 11) and **remands** this case to 116th Judicial District Court, Dallas County, Texas, from which it was removed. No attorney's fees were requested by Plaintiff in conjunction with the Motion to Remand, and none are awarded. The clerk of the court is **directed** to effect the remand in accordance with the usual and **term** Defendant Tyler Scott McPhillips' Motion to Stay Pending Resolution of Parallel Criminal Proceedings (Doc. 10), which the court need not address in light of its ruling on Plaintiff's Motion to Remand.

---

[*] Defendant Randall Keith McPhillips was dismissed by Plaintiff as a party to this case on June 25, 2018.

**Order – Page 1**

**It is so ordered** this 3rd day of July, 2018.

_____
Sam A. Lindsay
United States District Judge